

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

No. 08-24-00388-CV

---

City of Olmos Park, Texas, Appellant

v.

Brandon J. Grable, Appellee

---

On Appeal from the 45th District Court
Bexar County, Texas
Trial Court No. 2023CI25719

---

## J U D G M E N T

The Court has considered this cause on the record and affirms the denial of the plea to the jurisdiction. However, we dismiss the appeal regarding the summary judgment for lack of jurisdiction. We further order Appellant to pay all costs of this appeal and this decision to be certified below for observance.

IT IS SO ORDERED this 12th day of December 2025.

MARIA SALAS MENDOZA, Chief Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ.